JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GREGORY WASSERMAN,<br><br>　　　　Defendant. | No. 2:23-cv-01782-MCS-PVC<br><br>STIPULATED JUDGMENT (ECF No. 21) |

Pursuant to the parties' stipulation, judgment is entered in favor of the United States of America and against Gregory Wasserman in the amount of $12,500. Beginning January 1, 2024, penalties and interest will accrue as provided by law until such obligation is paid in full.

**IT IS SO ORDERED.**

Dated: January 8, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE